# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **SUZANNE L. BRIHN,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | 08-cv-246-bbc |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | |
| **Defendant.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the decision of defendant Michael J. Astrue, Commissioner of Social Security, is AFFIRMED and

plaintiff Suzanne L. Brihn's appeal is DISMISSED.

**JOEL W. TURNER**

_____
**Joel W. Turner, Acting Clerk**

| | |
|---|---|
| **Connie A. Korth** | **10/22/08** |
| _____ | _____ |
| **by Deputy Clerk** | **Date** |